FILED

1  ALLEN HYMAN, ESQ. (CBN: 73371)
   Email: lawoffah@aol.com
2  CHRISTINE COVERDALE, ESQ. (CBN: 195635)
   Email: ccoverdaleesq@aol.com                    10 JUL 28 PM 2: 56
3  LAW OFFICES OF ALLEN HYMAN
   10737 Riverside Drive                           CLERK U.S. DISTRICT COURT
4  North Hollywood, California 91602               CENTRAL DIST. OF CALIF.
   (818) 763-6289 or (323) 877-3405                      LOS ANGELES
5  Fax: (818) 763-4676                             BY:_____

6  Attorneys for Plaintiffs,
   DRIVE-IN MUSIC COMPANY, INC., AND
7  ORIGINAL SOUND RECORD CO., INC.

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12 DRIVE-IN MUSIC COMPANY, INC., a )  CASE NO **CV10  5615 - R**
   California corporation; ORIGINAL )                            CAGR
13 SOUND RECORD CO., INC., a        )  COMPLAINT FOR:
   California corporation,          )
14                                  )  (1) COPYRIGHT INFRINGEMENT;
                  Plaintiffs,       )  (2) STATE LAW UNFAIR
15                                  )      COMPETITION;
           v.                       )  (3) VIOLATION OF CALIFORNIA
16                                  )      CIVIL CODE 980
   SONY BMG MUSIC ENTERTAINMENT, a  )
17 Delaware corporation; RUTHLESS   )
   RECORDS, an entity unknown; ERIC )  [DEMAND FOR JURY TRIAL]
18 LYNN WRIGHT, an individual;      )
   GREGORY FERNAN HUTCHINSON, an    )
19 individual; ANTHONY STEWART, an  )
   individual; KEVIN GULLEY, an     )
20 individual,                      )
                                    )
21                Defendants.       )
   _____)
22

23

24        Plaintiffs Drive-In Music Company, Inc., ("DRIVE-IN"),

25 and Original Sound Record Co., Inc., ("OSRC") allege as follows:

26 ///

27 ///

28 ///

S:\Shared Data\PC7\Drive-In\v. Ruthless\COMPLAINT072310.wpd

## I.

### FIRST CLAIM FOR RELIEF

### FOR COPYRIGHT INFRINGEMENT

### (Against All Defendants)

### Jurisdiction and Venue

1.    This U.S. District Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338(a), in that this is an action arising "...under any Act of Congress relating to ... copyrights."  The Court has supplemental jurisdiction over the non-federal claims, pursuant to 28 U.S.C. 1338 in that the non-federal claims arise out of the same facts and circumstances as the federal claim for copyright infringement.

2.    Venue is appropriate under 28 U.S.C. §1400(a) in that the defendants and/or their agents may be found within the Central District of California.

### The Parties

### Plaintiffs Drive-In Music Company, Inc., and

### Original Sound Record Co., Inc.

3.    Plaintiff DRIVE-IN is a California corporation, whose principal place of business is located at 7120 West Sunset Boulevard, Hollywood, California 90046.  DRIVE-IN's business is that of a music publishing company.  DRIVE-IN owns copyrights to musical compositions, and licenses and exploits the musical compositions.  The musical composition at issue in this matter is entitled "Let A Woman Be A Woman, Let A Man Be A Man," as composed by Arlester Christian.

4.    Plaintiff OSRC, is also a California corporation, whose principal place of business is located at 7120 West Sunset

1 | Boulevard, Hollywood, California 90046. OSRC is a record company

2 | that has over the years created sound recordings, which OSRC owns,

3 | manufactures, sells, and distributes. During 1969, OSRC created

4 | and has owned from that date, the OS-89 sound recording, "Let A

5 | Woman Be A Woman, Let A Man Be A Man," as performed by "Dyke And

6 | The Blazers," under contract as a recording artist to OSRC (copy of

7 | OS-89, attached as Exhibit No. 1).

8 | **Defendants**

9 | 5.   Defendant Sony BMG Music Entertainment, is a

10 | corporation which has its principal place of business in New York,

11 | New York.  As of 1988, Epic Records was a trade name of a record

12 | label name of CBS Inc.  In 1988, Sony Music purchased the music

13 | division of CBS Inc., which included Epic Records, and renamed the

14 | music division, Sony Music Entertainment, now identified as

15 | Defendant Sony BMG Music Entertainment ("SONY").  In 1990, Epic

16 | Records, a division of SONY, manufactured and distributed Epic

17 | catalogue # 46041, a compact disc entitled "Above The Law," "Livin

18 | Like Hustlers," ("LLH") which included as track No. 5, the

19 | composition and sound recording "Menace To Society."

20 | 6.   Defendant Ruthless Records ("RUTHLESS") is an entity

21 | unknown, located in Los Angeles County, California.  In 1990,

22 | defendant RUTHLESS created, manufactured, distributed and sold the

23 | musical composition and sound recording LLH, which included as

24 | track No. 5, the composition and sound recording, "Menace To

25 | Society."

26 | 7.   Defendant Eric Lynn Wright ("WRIGHT") is an

27 | individual who was instrumental in the creation, production and

28 | distribution of the record album, LLH, which included the

1  composition and sound recording of "Menace To Society."

2  8.   Defendant Gregory Fernan Hutchinson ("HUTCHINSON")

3  is an individual who was a member of the recording and performing

4  group "Above The Law," one of the creators of the musical

5  composition and recording "Menace To Society," which is included in

6  the record album, LLH.

7  9.   Defendant Anthony Stewart ("STEWART") is an

8  individual who was a member of the recording and performing group

9  "Above The Law," one of the creators of the musical composition and

10  recording "Menace To Society," which is included in the record

11  album, LLH.

12  10.   Defendant Kevin Gulley ("GULLEY") is an individual

13  who was a member of the recording and performing group "Above The

14  Law," one of the creators of the musical composition and recording

15  "Menace To Society," which is included in the record album, LLH.

16  11.   Plaintiffs refer to defendants: (1) SONY; (2)

17  RUTHLESS; (3) WRIGHT; (4) HUTCHINSON; (5) STEWART; and (6) GULLEY

18  as "DEFENDANTS."

19  **Nature of the Claims**

20  12.   The nature of the claims is that DEFENDANTS, through

21  the creation, manufacturing and distribution of the sound recording

22  and composition of "Menace To Society," infringed the musical

23  composition copyright of DRIVE-IN's "Let A Woman, Be a Woman, Let a

24  Man Be A Man," and infringed the common law copyright of OSRC's

25  ownership in the 1969 master recording of Arlester Christian's

26  performance of "Let A Woman Be a woman, Let A Man Be A Man."

27  **The Infringed Musical Composition**

28  13.   In 1969, the composer and songwriter, Arlester

Christian, composed a musical composition entitled "Let a Woman Be A Woman, (and Let A Man Be A Man)," ("LET A WOMAN").

14. The composition, LET A WOMAN, is an original work that is subject to protection under the United States Copyright Act.

15. In 1969, Arlester Christian assigned the composition, and all rights thereunder, including all rights of renewal, to the plaintiff, Drive-In Music Company, Inc., ("DRIVE-IN").

16. On August 13, 1969, DRIVE-IN complied with all laws and obtained a U.S. Copyright Registration for the musical composition, LET A WOMAN, Registration No. EP 261802.

17. From August 13, 1969 to the present, DRIVE-IN has published and/or licensed for publication, the musical composition, LET A WOMAN.

18. Thereafter, upon the passing away of Arlester Christian, all heirs of Arlester Christian confirmed and assigned all rights in the renewal copyright to DRIVE-IN.

19. From August 13, 1969, to the present, plaintiff DRIVE-IN has been and remains the exclusive owner of the copyright and all right, title, and interest, in and to the musical composition, LET A WOMAN, initial Registration No. EP 261802, renewal Copyright Registration RE0000929138.

20. LET A WOMAN is considered a classic recording in the "Funk" genre of music, has been licensed by numerous record companies, and has been extensively exploited in the United States, England and throughout the world.

///

### The Infringing Work

21. Plaintiffs allege that commencing sometime in 1988, WRIGHT, HUTCHINSON, STEWART, and GULLEY, created a musical composition and sound recording entitled "Menace To Society," included in the sound recording album, "Livin' Like Hustlers," manufactured, sold and distributed by Epic Records and RUTHLESS. The recording, "Menace To Society," available today on MP3 downloads and other internet download entities.

22. The composition and sound recording "Menace To Society," (infringing work) was included in the record album entitled LLH, as identified on Epic Records and RUTHLESS, and was manufactured, sold, and marketed in the United States by DEFENDANTS, and DEFENDANTS, or those who represented DEFENDANTS, made copies of the recording "Menace To Society," and sent copies of those recordings from the United States to be copied, manufactured and marketed outside of the United States.

23. The sound recording and musical composition of "Menace To Society," infringes the musical composition, "LET A WOMAN," and includes in the sound recording and composition "Menace To Society," recorded elements (and therefore the composition) of plaintiffs' composition, "LET A WOMAN."

24. Plaintiffs first had any knowledge, or suspicion or was on notice of the infringement of DEFENDANTS in their creation, marketing, manufacturing or sale of the infringing recording "Menace To Society," in the year 2010.

25. The infringing composition, "Menace To Society," is presently sold on compact discs, and is available for download through internet download entities, as sponsored and distributed by

1  DEFENDANTS which infringement is ongoing and continuous.

2      26.  DEFENDANTS' infringing acts were willful,

3  deliberate, and committed with prior notice and knowledge of

4  plaintiffs' copyright.

5      27.  As a result of their actions, DEFENDANTS are liable

6  to plaintiffs for willful copyright infringement under 17 U.S.C.

7  Section 501.  Plaintiffs are entitled to their damages and

8  DEFENDANTS' profits.

9      28.  Plaintiffs do not have an adequate remedy at law for

10  DEFENDANTS' wrongful conduct and request injunctive relief under 17

11  U.S.C. Section 502 and impoundment of DEFENDANTS' products.

12                              II.

13                  **SECOND CLAIM FOR RELIEF**

14      **CALIFORNIA STATE COMMON LAW UNFAIR COMPETITION**

15                  **(Against All Defendants)**

16      29.  Plaintiffs incorporate paragraphs Nos. 1 through 28

17  as if fully set forth in this paragraph.

18      30.  Plaintiff OSRC is the owner of the 1969 created

19  sound recording ("1969 RECORDING") of "Let A Woman Be A Woman Let A

20  Man Be A Man," as performed by Arlester Christian (Ex. No. 1).

21      31.  The rights to exploitation of the 1969 RECORDING

22  were not pre-empted by the 1976 Copyright Act, and are protected by

23  state common law.

24      32.  DEFENDANTS, and each of them, with permission of

25  OSRC copied, used, and exploited the OSRC 1969 RECORDING.

26      33.  Plaintiff OSRC had no knowledge and was not on

27  notice of DEFENDANTS' unlawful acts until 2010.

28      34.  OSRC has been damaged in an amount to be proven at

1 | trial.

2 |     35.  The acts of DEFENDANTS were willful and fraudulent,

3 | and OSRC is entitled to punitive damages.

4 | III.

5 | **THIRD CLAIM FOR RELIEF**

6 | **Violation of California Civil Code 980**

7 | **(Against All Defendants)**

8 |     36.  Plaintiffs incorporate paragraphs Nos. 1 through 28

9 | as if fully set forth in this paragraph.

10 |     37.  DEFENDANTS and each of them jointly and severally

11 | have violated OSRC's rights in the 1969 MASTER as provided by

12 | California Civil Code 980.

13 |     38.  Plaintiff OSRC seeks damages according to proof.

14 |

15 |     Wherefore, plaintiffs DRIVE-IN and OSRC respectfully

16 | request:

17 |     1.  Judgment against DEFENDANTS, jointly and severally,

18 | for copyright infringement of the musical composition, LET A WOMAN;

19 |     2.  For damages and disgorgement of profits or benefit

20 | of DEFENDANTS from their exploitation of the infringing work;

21 |     3.  For permanent injunctive relief;

22 |     4.  For an order pursuant to 15 U.S.C. Sections 503 and

23 | 509 mandating the impounding of all infringing copies of "Menace To

24 | Society," and any other materials prepared by DEFENDANTS containing

25 | any copies of the music composition "Menace To Society," or any

26 | portions thereof;

27 |     5.  For DEFENDANTS' profits and gains;

28 |     6.  For damages according to proof;

1          7.   For prejudgment interest;

2          8.   For punitive damages;

3          9.   For costs of suit; and

4          10.  For such other and further relief as the Court deems

5     just and proper.

6

7
                              Respectfully submitted,
8
                              LAW OFFICES OF ALLEN HYMAN
9

10
      Dated:  July 27, 2010          By: _____
11                                       Allen Hyman
                                         Attorneys for Plaintiffs,
12                                       DRIVE-IN MUSIC COMPANY, INC.,
                                         and ORIGINAL SOUND RECORD CO.,
13                                       INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DEMAND FOR JURY TRIAL**

2    Pursuant to F.R.C.P. Rule 38 and Local Rule 38-1,

3 plaintiffs DRIVE-IN and OSRC request a trial by jury.

4

5            Respectfully submitted,

6            LAW OFFICES OF ALLEN HYMAN

7

8 Dated: July 27, 2010    By:

9            Allen Hyman
             Attorneys for Plaintiffs,

10           DRIVE-IN MUSIC COMPANY, INC.,
            and ORIGINAL SOUND RECORD CO.,

11           INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



EXHIBIT
1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV10- 5615 R (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** 312 N. Spring St., Rm. G-8 Los Angeles, CA 90012 | [ ] **Southern Division** 411 West Fourth St., Rm. 1-053 Santa Ana, CA 92701-4516 | [ ] **Eastern Division** 3470 Twelfth St., Rm. 134 Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Allen Hyman, Esq. (CBN: 73371)
E: lawoffah@aol.com
Law Offices of Allen Hyman
10737 Riverside Drive
North Hollywood, CA 91602
P: (818) 763-6289; F: (818) 763-4676

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, INC., a California corporation; ORIGINAL SOUND RECORD CO., INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SONY BMG MUSIC ENTERTAINMENT, a Delaware corporation; SEE ATTACHMENT "A"<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10  5615-R(AGR)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Allen Hyman, Esq._____, whose address is _Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___**'28 JUL 2010**___

By: _____
    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                              **SUMMONS**

### ATTACHMENT "A"

RUTHLESS RECORDS, an entity unknown; ERIC LYNN WRIGHT, an
individual; GREGORY FERNAN HUTCHINSON, an individual; ANTHONY
STEWART, an individual; KEVIN GULLEY, an individual,

       Defendants.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Drive-In Music Company, Inc.; Original Sound Record Co., Inc. | Sony BMG Music Entertainment; Ruthless Records; Eric Lynn Wright; Gregory Fernan Hutchinson; Anthony Stewart; Kevin Gulley |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Allen Hyman, Esq., Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, California 91602; P: (818) 763-6289 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☑ **MONEY DEMANDED IN COMPLAINT:** $ To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. Section 101, et seq., claim for copyright infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV10 5615**

FOR OFFICE USE ONLY:  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☑ Yes
If yes, list case number(s): CV 10-01783-JFW (PLAx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☑ A. Arise from the same or closely related transactions, happenings, or events; or
   ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date July 27, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |